UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 4:16-CR-355 RLW |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| ANDRE D. THOMPSON, | (COMPASSIONATE RELEASE) |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

**IT IS ORDERED** that the Motion (ECF No. 115) is: ☒ **DENIED** as moot.

☒ **FACTORS CONSIDERED**.

Defendant filed a letter that the Court construes as a motion seeking compassionate release based on extraordinary and compelling reasons under 18 U.S.C. § 3582(c)(1)(A)(i). Bureau of Prisons records indicate Defendant was released from BOP custody on February 25, 2022.[1] As a result, the instant motion for compassionate release is moot.

**SO ORDERED.**

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 27th day of May, 2022.

---

[1] Federal Bureau of Prisons, Inmate Locator, https://www.bop.gov/inmateloc/ (last visited May 27, 2022).